# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### Minutes of Proceedings

**OFFICE:** CAMDEN

**DATE:** May 4, 2021

**JUDGE KAREN M. WILLIAMS**

**COURT REPORTER:** ZOOM

**TITLE OF CASE:**

**DOCKET NO.:** 1:21-mj-7099-KMW

UNITED STATES OF AMERICA

VS.

ROBERT LEE PETROSH

**DEFENDANT PRESENT**

**APPEARANCES:**

CHRISTINA HUD– AUSA FOR GOVERNMENT

STEVEN SHEFFLER, ESQ. – RETAINED FOR DEFENDANT

**OTHER:**

ADRIENNE SMITH – U.S. PRETRIAL OFFICER

**NATURE OF PROCEEDINGS:**   Initial Appearance on Rule 5 by Zoom

Defendant advised of rights, charges and penalties, including Padilla.
Defendant consents to this hearing by video conference.  Order to be entered.
Defendant waives formal reading of the Complaint.
Defendant advised of Rule 5 rights.  Defendant waives Rule 5 & 5.1 hearing - waiver filed.
Hearing on Defendant's application for bail.  Ordered application granted.
Ordered bail set in amount of $50,000 unsecured, with conditions.  Ordered defendant to appear in U.S. District Court for the District of Columbia on **May 11, 2021 at 1:00 p.m.** by Zoom.
Oral Order As Required By Rule 5(F) Read Into The Record By The Court.  Order to be entered.
Ordered defendant released after processing.

*s/ Nicole Ramos*
**DEPUTY CLERK**

TIME COMMENCED:  9:07      TIME ADJOURNED:  9:23      TOTAL TIME:  16 Minutes